■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CYNTHIA A. MILLARD, Appellant.—Appeal from a judgment of the County Court of Broome County (Coutant, J.), rendered September 15, 1986, convicting defendant upon her plea of guilty of the crime of criminal possession of a controlled substance in the fifth degree.

On appeal, defendant alleges only that an indeterminate prison term of 1 to 3 years imposed on September 15, 1986 was harsh and excessive. Since the maximum term of defendant's sentence has expired, the appeal is moot *(see, People v Edney,* 38 NY2d 853).

Appeal dismissed, as moot. Mahoney, P. J., Kane, Mikoll, Yesawich, Jr., and Mercure, JJ., concur.